Montana HORNER,
Petitioner–Appellant,

v.

UNITED STATES PAROLE COMMISSION, Respondent–Appellee.

No. 87–2989.

United States Court of Appeals,
Ninth Circuit.

Nov. 22, 1989.

Before GOODWIN, Chief Judge, ALARCON and NELSON, Circuit Judges.

ORDER AMENDING OPINION

The opinion at 870 F.2d 1489 (9th Cir. 1989) is amended by making the following two changes:

1. At 870 F.2d at 1494, in the first sentence of the second full paragraph change "presence on July 5, 1985." to "presence on July 15, 1985."

2. At 870 F.2d at 1494, insert the following sentence after the first sentence of the third full paragraph: "The revocation hearing was held on July 16, 1985."